FILED
AUG 11 2020
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

IN THE MATTER OF THE SEARCH OF:
A GOLD SAMSUNG J3 MISSION CELL
CELLULAR PHONE WITH IMEI #
3563 5208 5445 711
THAT IS STORED AT THE KNOXVILLE
POLICE DEPARTMENT ICAC TASK FORCE
LOCATED AT 917 E 5TH AVENUE
KNOXVILLE, TN 37917

Case No. 3:20-MJ-1113

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your affiant, John Williams, an Investigator with the Knoxville Police Department (KPD) Internet Crimes against Children (ICAC) Task Force and being a Task Force Officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) being duly sworn, deposes and states the following:

1. I have been employed with the KPD since August 14, 2000. Since December 2012, I have been assigned to the KPD's ICAC Task Force as an undercover online investigator. The KPD-ICAC Task Force is responsible for investigating and enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Chapter 110, including, without limitation, sections 2252A(a)(5)(B) and 2252A(a)(1)&(2). I have acquired experience in these matters through specialized training and everyday work related to these types of investigations.

2. As a federal task force officer, your affiant is authorized to investigate violations of the laws of the United States and is a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

1

3. I make this affidavit in support of an application for a search warrant to search a gold Samsung J3 Mission cellular phone with IMEI# 3563 5208 5445 711 that is owned by TIMOTHY CHAD CANADY and stored at the Knoxville Police Department Internet Crimes Against Children Task Force (ICAC) at 917 E 5th Ave, Knoxville, TN 37917. The information to be searched is described in the following paragraphs.

4. Information contained within the affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/or information related to me by other law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning the investigation. I have set forth only the facts which I believe are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of the violation of Title 18, United States Code, Sections 2251(a), 2252A(a)(5)(B) and 2252A(a)(1)&(2) described in ATTACHMENT B, are presently located at the premises described in ATTACHMENT A.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(a)(1)&(2) have been committed by TIMOTHY CHAD CANADY. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

6. In support of the Application, I hereby incorporate by reference the facts set forth in my prior affidavits in support of federal search warrants in Cases No. 3:20-MJ-2160 and No. 3:20-MJ-2166, a copy of which is attached hereto as Exhibit 1.

2

7. On Wednesday, July 8, 2020, your affiant executed a federal search warrant at 5619 Nickle Rd., Knoxville, TN 37921.

8. Furthermore, on Wednesday, July 8, 2020, your affiant also executed a federal search warrant on a black Motorola G6 Play cellular telephone utilizing phone number (865) 399-8682 owned by TIMOTHY CHAD CANADY.

9. A forensic examination of the black Motorola G6 Play cellular telephone revealed that TIMOTHY CHAD CANADY knowingly possessed 224 images and 5 videos of child pornography that depicted minor children involved in sexually explicit conduct. The images also involved infants and toddlers being sexually abused and sadistic/masochistic acts on minor children.

10. The forensic examination of the device also revealed that TIMOTHY CHAD CANADY had used the device to access at least fourteen (14) email accounts that had been used to distribute/transport child pornography from the device to Dropbox and MeWe accounts.

11. On Tuesday, August 4, 2020, your affiant contacted Canady's girlfriend, Stacy Logan, in an attempt to identify any previous contact Canady may have had with minor children.

12. Stacy Logan advised that she had possession of a gold Samsung J3 Mission cellular telephone with IMEI# 3563 5208 5445 711 that was owned by Canady at her residence. Logan advised your affiant that Canady used the phone prior to purchasing his black Motorola G6 Play cellular telephone between 2018 and 2019.

13. Logan further stated that she had personally viewed a weird email address on the phone that she described as "Chester Cheese Pizza Pervert".

14. Your affiant knows that the term "Chester Cheese Pizza Perv" was a username used by Canady in Cyber-tip #57639018 where the user uploaded fourteen (14) images of child pornography to a "MeWe" account.

3

15. On Wednesday, August 5, 2020, your affiant met with Stacy Logan at the Food City at 7608 Mountain Grove Dr., Knoxville, TN 37920 and took possession of the gold Samsung J3 Mission cellular phone with IMEI# 3563 5208 5445 711 and transported the device to the Knoxville Police Department ICAC Task Force and placed the item into evidence.

## CONCLUSION

16. Based on the aforementioned information, your affiant respectfully submits that there is probable cause to believe that the gold Samsung J3 Mission cellular phone with IMEI# 3563 5208 5445 711, that is owned by TIMOTHY CHAD CANADY, located at the Knoxville Police Department Internet Crimes Against Children Task Force at 917 E 5th Ave, Knoxville, TN 37917 has been used in conjunction with violations of, Title 18, United States Code, Section 2252A(a)(1), which makes it a crime for any person to ship or transport child pornography in interstate or foreign commerce; Title 18, United States Code, Section 2252A(a)(2), which makes it a crime to knowingly receive or distribute child pornography that has traveled in interstate and foreign commerce; and Title 18, United States Code, Section 2252A(a)(5), which makes it a crime for any person to knowingly possess or access with intent to view material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8).

17. Further, there is probable cause to believe that evidence, fruits, and instrumentalities of this crime, which are listed specifically in Attachment B, which is incorporated herein by reference, are presently located on the device described in Attachment A. Rule 41 of the Federal Rules of Criminal Procedure authorizes the government to seize and retain evidence and instrumentalities of a crime for a reasonable time and to examine, analyze and test them.

4

18. The evidence, fruits, and instrumentalities of violation of Title 18, United States Code, Section 2251 and 2252, believed to be located on the device described in Attachment A, are listed in Attachment B of this affidavit, which is incorporated herein.

19. Therefore, your affiant respectfully requests issuance of a search warrant authorizing the search and seizure of the items listed in Attachment B.

John Williams Jr
Investigator
Knoxville Police Department
Internet Crimes Against Children Task Force

Sworn and subscribed before me
This 6th day of August 2020.

Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE